UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

JACK DORAK,

          Plaintiff,

v.

FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC.

          Defendant.

CASE NO.:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION)

[Removed from the Circuit court of the 15th Judicial Circuit in and for Palm Beach County, Florida Case No. 50 2012 CA 006622 XXXXMB]

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Financial Recovery Services of Minnesota, Inc. ("FRS") hereby removes to this Court the state court action described below.

1. On or about April 5, 2012, an action was commenced in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, captioned *Jack Dorak v. Financial Recovery Services of Minnesota, Inc.*, and assigned Case No. 50 2012 CA 006622 XXXXMB. A copy of the Summons and Complaint is attached as Exhibit "A".

2. Service of this action upon FRS was made on April 12, 2012, via service upon FRS registered agent, CT Corporation. This removal is timely.

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by FRS pursuant to 28 U.S.C. § 1441 in that it presents a federal question under 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act.

1

4. As required by 28 U.S.C. § 1446, FRS will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, where the action is currently pending.

WHEREFORE, FRS respectfully requests that the above captioned matter currently pending in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, be removed to this Honorable Court.

Dated:  May 1, 2012.

    Respectfully submitted,

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Kenneth C. Grace, Esq.
Florida Bar No. 0658464
Rachel A. Morris, Esq.
Florida Bar No. 0091498
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
Telephone:   (813) 890-2463
Facsimile:    (866) 466-3140
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz
rmorris@sessions-law.biz

Attorneys for Defendant,
Financial Recovery Services of Minnesota, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May 2012, a copy of the foregoing was sent by facsimile and U.S. First Class Mail to:

> Christen C. Ritchey, Esq.
> Andrew Agnini, Esq.
> Robert D. Schwartz, P. A.
> 2240 Woolbright Road, Suite 411
> Boynton Beach, FL  33426
> Facsimile No. (561) 736-4808

/s/ Dayle M. Van Hoose
Attorney

\\sfnfs02\prolawdocs\9255\9255-29317\Dorak, Jack\760954.DOC