# EXHIBIT A

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

JACK DORAK

    Plaintiff

v.

FINANCIAL RECOVERY SERVICES OF
MINNESOTA, INC.

    Defendant.
_____/

50 2012 CA 006622 XXXX MB




**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

        **FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC.**
        By serving its registered agent:
        CT Corporation System
        1200 South Pine Island Road
        Plantation, Florida 33324

    Each Defendant is required to serve written defenses to the Complaint on **Christen C. Ritchey, Esquire, Robert D. Schwartz, P.A., 2240 NW Woolbright Road, Suite 411, Boynton Beach, FL 33426**, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated On:    **APR 05 2012**

                      SHARON R. BOCK
                      As Clerk of the Court  HAMILTON

                      By: _____
                            Deputy Clerk

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's attorney.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demands adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal consideresu defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes intersadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telephonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copis de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des pousuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cietes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieru du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-mem une reponse ecrite, il vois faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

2

This notice is provided pursuant to Administrative Order No. 2.207-6/10

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Krista Garber, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Krista Garber, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

"Si vous êtes <u>une personne avec une infirmité</u> nécessitant un arrangement quelconque pour participer à cette procédure, vous avez le droit gratuit aux provisions d'une assistance particulière. Contactez s'il vous plaît Krista Garber, Coordonatrice de la Loi pour les Américains avec Infirmité, au Tribunal de West Palm Beach à l'adresse 205 North Dixie Highway, West Palm Beach Florida 33401; au numéro (561) 355-4380 au moins 7 jours avant votre comparution fixée devant la Cour de justice, ou tout de suite, sur la réception de cette notification si le temps de votre comparution fixée devant la Cour est moins de 7 jours; si vous êtes sourd ou muet, appelez au 711. "

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

JACK DORAK

    Plaintiff

50 2012 CA 006622 XXXXMB

v.

FINANCIAL RECOVERY SERVICES OF
MINNESOTA, INC.

    Defendant.

_____/

COPY
RECEIVED FOR FILING
APR 0 5 2012
SHARON R. COOK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

COMES NOW, Plaintiff, JACK DORAK, (hereinafter referred to as "DORAK"), by and through his undersigned counsel, hereby files his Complaint against Defendant, FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC., (hereinafter referred to as "FINANCIAL"), as follows:

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and Florida Consumer Collection Practices Act, §559.55 *et. seq.*, Fla. Stat.

2. This is a cause of action for damages which exceeds $15,000.00.

3. Each cause of action accrued in Palm Beach County, Florida and, therefore, venue is proper in Palm Beach County, Florida.

4. All conditions precedent to the filing of this action, have been performed, waived, or have been excused.

5. Plaintiff is a resident of Palm Beach County, FL and is otherwise *sui juris*.

6. Defendant is a foreign corporation registered in Minnesota.

7. Defendant is engaged in the buying of debt, and in the business of collecting debts in Palm Beach County, Florida.

8. FINANCIAL was retained by Discover Bank to collect this debt. On July 14, 2011 Discover was put on notice that this firm represents DORAK through a debt dispute letter sent by the undersigned counsel to Capital Management Services. In this letter we explicitly demanded that Capital Management cease all direct communications with DORAK and direct all future correspondence to our law firm. A copy of that notification letter is attached as **Exhibit A.**

9. Upon receipt of the July 14, 2011 letter, Discover Bank, along with any agencies they employed to collect on the alleged debt owed by DORAK knew, or should have reasonably known, that DORAK was represented by counsel in this debt dispute.

10. On August 15, 2011, Discover acknowledged that undersigned counsel represented DORAK in this matter by sending a response to the July 14, 2011 debt dispute letter directly to undersigned counsel's law office. A copy of the August 15, 2011 letter is attached as **Exhibit B.**

11. On February 14, 2012 FINANCIAL sent a letter directly to DORAK, despite the demand made by this firm to cease all direct communication with DORAK. This letter is a violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and Florida Consumer Collection Practices Act, §559.55 *et. seq.*, Fla. Stat. A copy of this letter is attached as **Exhibit C.**

12. As a result of Defendant's conduct, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. §1692k and §559.77(2), Fla. Stat.

13. Plaintiff is also entitled to an award of costs and attorney fees pursuant to 15 U.S.C. § 1692k and §559.77(2), Fla. Stat.

WHEREFORE, Plaintiff, DORAK, demands judgment against Defendant, FINANCIAL, for statutory damages pursuant to 15 U.S.C. §1692k, statutory damages pursuant to §559.77(2), Fla. Stat. and attorney's fees and cost, and for such other relief as this Court deems just and appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY.

DATED: April 5, 2012

ROBERT D. SCHWARTZ, P.A.
2240 Woolbright Road, Suite 411
Boynton Beach, FL 33426
561-736-3440 (telephone)
561-736-4808 (facsimile)

By: _____
Christen C. Ritchey, Esq.
Florida Bar No. 14089
Andrew Agnini, Esq.
Florida Bar No. 90845

# Law Offices of Robert D. Schwartz, P.A.
2240 Woolbright Road, Suite 411
Boynton Beach, Florida 33426

Boynton Beach: 561-736-3440
Boca Raton: 561-367-8354
Facsimile: 561-206-6710
Toll Free: 866-348-7878
www.schwartzpa.com

Robert D. Schwartz
Attorney At Law
Certified Public Accountant

Charles Blake Dye
Attorney At Law

Christen C. Ritchey
Attorney At Law

Elizabeth Edwards
Attorney At Law

July 14, 2011

VIA U.S. MAIL
Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, New York 14210

Re: Account #:6011004641730169

Dear Sir or Madam:

Please be advised that this firm represents John J. Dorak with regard to the account number referenced above. Any future correspondence pertaining to this client's account shall be sent to my attention at the address above. In addition, please cease communication with my client directly.

Please be advised that the validity of the alleged debt associated with this matter is hereby disputed. This letter shall serve as our formal request for verification of the alleged debt. If we do not receive a response and adequate verification of this debt within thirty (30) days of the date of this letter, we will assume you agree that this debt is invalid and consider this matter resolved.

If you have any questions or need anything further in order to process this request, please contact me.

Very truly yours,
ROBERT D. SCHWARTZ, P.A.

*[signature]*

Christen C. Ritchey, Esq.

CCR/mf
cc: Client

# EXHIBIT A

P. O. Box 3025
New Albany, OH 43054-3025



August 15, 2011

Robert D Schwartz
Attorney at Law
2240 Woolbright Rd Ste 411
Boynton Beach, FL 33426

Discover Card Account ending in: 0169
Balance: $6,841.83
Client: John J Dorak III

Dear Mr. Schwartz:

We researched the dispute of liability for the above referenced account. We found the account and balance to be valid. Enclosed please find:

- Copy of the application
- Copy of Statements

Payment in full must be received within thirty days from the date of this letter. Upon receipt of the payment we will report to the Credit Reporting Agencies the account is paid in full.

Remit payment to:    Discover Card
                     P.O. Box 71084
                     Charlotte, NC 28272-1084

Please place the Discover Card account number on the memo line of the check or money order.

If you have further questions, please contact our office at 1-888-201-4974 between the hours of 8:00am and 5:00pm EST Monday through Friday.

Sincerely,

C. Jones
Sr. Dispute Investigator
Discover Card
Enclosure(s)

This is an attempt to collect a debt and any information obtained may be used for that purpose.

-spoke to Shawna -transferred me to Charles
 $4,104.60  5 min.
- 2/27

**EXHIBIT B**

```
DEPT 813    3539182512023
PO BOX 4115
CONCORD CA  94524
```

**FINANCIAL RECOVERY SERVICES, INC.**

P.O. Box 385908
Minneapolis, MN 55438-5908
1-877-725-4986

Return Service Requested

February 14, 2012

FNC511
JOHN J DORAK
7200 NW 2ND AVE APT 56
BOCA RATON FL 33487-2340

CLIENT: DISCOVER BANK
CURRENT CREDITOR: DISCOVER BANK
REGARDING: DISCOVER CARD
ACCOUNT NUMBER: XXXXXXXXXXXX0169
BALANCE: $6841.83

THE ACCOUNT LISTED ABOVE HAS BEEN ASSIGNED TO THIS AGENCY FOR COLLECTION. YOU OWE 6841.83. FOR FURTHER INFORMATION, WRITE THE UNDERSIGNED OR CALL 1-877-725-4986.

WE ARE AUTHORIZED TO OFFER YOU THE FOLLOWING OPPORTUNITIES:

1. ( ) MY ACCOUNT WILL BE PAID IN FULL BY A ONE-TIME PAYMENT EQUAL TO THE BALANCE; OR
2. ( ) MY ACCOUNT WILL BE SETTLED IN FULL BY A ONE-TIME PAYMENT EQUIVALENT TO 40.00% OF THE ABOVE REFERENCED BALANCE IN THE AMOUNT OF $2736.73; OR
3. ( ) MY ACCOUNT WILL BE SETTLED IN FULL BY THREE EQUAL CONSECUTIVE MONTHLY PAYMENTS EQUIVALENT TO 60.00% OF THE ABOVE REFERENCED BALANCE FOR A TOTAL REPAYMENT OF $4105.10; OR
4. ( ) I WILL MAKE A MONTHLY PAYMENT THAT IS AFFORDABLE TO ME AT THIS TIME AS FOLLOWS, I WILL PAY $_____ MONTHLY UNTIL MY ACCOUNT IS PAID IN FULL OR ANOTHER AGREEMENT IS NEGOTIATED. PAYMENTS WILL BE SENT ON OR BEFORE THE _____ OF EACH MONTH.

PLEASE MARK YOUR CHOICE WITH AN "X" IN THE SPACE PROVIDED AND FORWARD WITH YOUR PAYMENT TO THE ADDRESS LISTED BELOW. YOU MAY CONTACT THE REPRESENTATIVE LISTED BELOW WITH ANY QUESTIONS. WE ARE NOT OBLIGATED TO RENEW OFFERS 2 THROUGH 4 ABOVE. THE OPPORTUNITIES LISTED ABOVE DO NOT AFFECT YOUR RIGHTS DESCRIBED BELOW.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

SINCERELY,

AVERY GRIFFIN
ACCOUNT MANAGER
TOLL FREE: 1-877-725-4986

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Office hours are: Monday - Thursday, 7am to 8pm; Friday 7am to 5pm; Saturday 7am to noon.

---

***DETACH AND RETURN THIS PORTION OF THIS NOTICE WITH YOUR PAYMENT***

NOTE: ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED WILL BE ASSESSED A $15.00 CHARGE.

AMOUNT ENCLOSED: _____

HOME PHONE: _____

WORK PHONE: _____

FRS File#: FNC511

PLEASE CHECK YOUR PAYMENT OPTION BELOW:
( ) PAID IN FULL - $6841.83
( ) SETTLED IN FULL - $2736.73
( ) SETTLED IN 3 EQUAL PAYMENTS TOTALING - $4105.10
( ) MONTHLY PAYMENT PLAN OF:
    $_____ BY _____ OF EACH MONTH
TOLL FREE: 1-877-725-4986

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN 55438-5908

JOHN J DORAK
7200 NW 2ND AVE APT 56
BOCA RATON FL 33487-2340

# EXHIBIT C



We are required under certain State and Local Laws to notify consumers of those States or Localities of the following rights. This list does not contain a complete list of the rights consumers have under Federal, State, or Local Laws.

### ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

### ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca

COLORADO OFFICE LOCATION: 717 17TH STREET, SUITE 2300, DENVER, CO 80202.
PHONE: 1-866-438-4766

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATIONS WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

### ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS

NOTICE OF IMPORTANT RIGHTS:

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

IF YOU WISH TO DISCUSS THIS MATTER, PLEASE CALL US DIRECT, BETWEEN THE HOURS OF 8 A.M. AND 5 P.M. CST, AT THE NUMBER LISTED ON THE FRONT OF THIS NOTICE. MASSACHUSETTS RESIDENT OFFICE ADDRESS IS: 5230 WASHINGTON ST, WEST ROXBURY, MA 02132 WITH OFFICE HOURS: M-TH 10AM-3PM.

### ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

### ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS

This collection agency is licensed by the New York City Department of Consumer Affairs. The license number is 1015506

### ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS

North Carolina Department of Insurance permit number: 3917.

### ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS

This collection agency is licensed by the Collection Service Board of the State Department of Commerce and Insurance.

### ADDITIONAL INFORMATION FOR WISCONSIN RESIDENTS

This collection agency is licensed by the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

### NOTICE TO ALL CONSUMERS

Our staff is trained to conduct themselves in a businesslike and professional manner, and to leave you with a positive experience in dealing with our Company. Please call (866) 438-2860 with your criticisms, complaints, suggestions and compliments. To discuss the account, please call the number on the front of this letter.

FR9091-0214-031499239 074